IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID STEINBERG, M.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:10CV3085** |
| vs. | ) | |
| | ) | **ORDER** |
| **GOOD SAMARITAN HOSPITAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the appearance of counsel for the plaintiff, and the reassignment of this matter to the undersigned magistrate judge,

**IT IS ORDERED** that defendant's Motion for Extension of Deadlines (Doc. 12) is granted, in part, as follows:

1. All deadlines and/or hearings set in the case progression order entered on July 2, 2010 (Doc. 11) are hereby suspended.

2. Counsel shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file a planning report with the court no later than **September 15, 2010.**

3. An amended case progression order will be entered upon receipt of the parties' Rule 26(f) planning report.

DATED August 19, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**