IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID STEINBERG, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> GOOD SAMARITAN HOSPITAL, <br><br> Defendant. | **CASE NO. 4:10CV3085** <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Motion to Dismiss with prejudice. (Filing No. 62). Under the Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Motion should be granted and the above entitled lawsuit should be dismissed with prejudice. Each party will pay its own costs.

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss with prejudice (Filing No. 62) is granted;

2. The above entitled lawsuit is dismissed with prejudice; and

3. Each party will pay its own costs.

Dated this 4th day of March, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge